**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BARTON POST and** | : | |
| **PATRICIA POST,** | : | |
| | : | |
| Plaintiffs, | : | **CIVIL ACTION NO.:** |
| | : | |
| v. | : | |
| | : | **2:14-CV-238-CDJ** |
| **LIBERTY MUTUAL GROUP, INC.** | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 17th day of June, 2014, it is hereby **ORDERED** that Defendant's motion to dismiss Count II of Plaintiffs' amended complaint, (Doc. No. 16), is **GRANTED** and Count II is **DISMISSED WITHOUT PREJUDICE**. Because this error may be corrected, the court will **GRANT** Plaintiffs **LEAVE TO AMEND**.

                                                                                                  **BY THE COURT:**
                                                                                                  /s/ C. Darnell Jones, II

                                                                                                  **C. DARNELL JONES, II   J.**